ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7200
   FAX: (415) 436-7234
   kelsey.helland@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| *Matter of Ömer Faruk Bostan v. AŞK Prodüksiyon Müzik Film Yapim Ltd. Şti.*, Ref No. 2021/395<br><br>LETTER OF REQUEST FROM THE THIRD CIVIL COURT FOR INTELLECTUAL PROPERTY AND INDUSTRIAL RIGHTS IN ANKARA, TURKEY, FOR INFORMATION FROM GOOGLE LLC | MISC. NO.<br><br>**UNOPPOSED APPLICATION OF UNITED STATES OF AMERICA FOR ORDER PURSUANT TO 28 U.S.C. § 1782** |

Pursuant to 28 U.S.C. § 1782 and a Letter of Request for International Judicial Assistance from the 3rd Civil Court for Intellectual Property and Industrial Rights in Ankara, Turkey, for information from Google LLC ("Google"), and for the reasons stated in the accompanying Memorandum of Points and Authorities, the United States of America petitions this Court for an order appointing Assistant United States Attorney Kelsey J. Helland as Commissioner to collect evidence from witnesses within the jurisdiction of this Court and to take such other action as is required to execute the request made by the Turkish Ministry of Justice on behalf of the 3rd Civil Court for Intellectual Property and Industrial Rights in Ankara, Turkey.  <u>Google does not object to the entry of the accompanying proposed order</u>.

| | | |
|---|---|---|
| 1 | DATED: October 1, 2024 | Respectfully submitted, |
| 2 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 3 | | |
| 4 | | _/s/ Kelsey J. Helland_<br>KELSEY J. HELLAND<br>Assistant United States Attorney |